**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN CHIGBU,**<br>　　Plaintiff,<br>**vs.**<br>**CREDENCE RESOURCE MANAGEMENT, LLC,**<br>　　Defendant. | Case No. 4:21-CV-5073-YGR<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 27 |

On September 27, 2021, plaintiff filed a notice of settlement. (Dkt. No. 27.) Accordingly, it is **ORDERED** that this case is **DISMISSED** and any conferences and deadlines set in this matter are **VACATED**. It is further **ORDERED** that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this case shall be restored to the calendar for further proceedings. The Court shall retain jurisdiction over this matter for up to one year.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: **September 28, 2021**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**